**UNITED STATES of America**

v.

**Kenneth HUNTER, Appellant.**

**No. 08–1566.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Oct. 27, 2008.

Filed: Nov. 4, 2008.

Eric Pfisterer, Esq., Theodore B. Smith, Esq., Office of United States Attorney, Harrisburg, PA, for United States of America.

Ronald A. Krauss, Esq., James V. Wade, Esq., Office of Federal Public Defender, Harrisburg, PA, for Kenneth Hunter.

Before: McKEE, NYGAARD, and MICHEL,* Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

This is an appeal from a re-sentence imposed after a remand pursuant to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Appellant,

* The Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.

Kenneth Hunter, pleaded guilty to possession with intent to distribute crack cocaine. The District Court entered judgment and sentenced Appellant to a prison sentence of time served, with three years of supervised release.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hunter's appointed counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal. Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.